UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-cr-00038-D

| UNITED STATES OF AMERICA | ] | |
| --- | --- | --- |
| | ] | ORDER |
| v. | ] | |
| | ] | |
| JOSE DANIEL CHAVEZ LOPEZ | ] | |

THIS MATTER coming on to be heard and being heard before the undersigned District Judge, presiding over the District Court for the Eastern District of North Carolina, Southern Division, upon Motion of Defendant, by and through counsel, Richard A. Diener, to seal the Sentencing Memorandum filed in the above-captioned matter on January 20, 2015, and it appearing to the Court that the request is proper in its discretion;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's Sentencing Memorandum filed January 20, 2015, be sealed.

This **21** day of January, 2015.

Honbrable James C. Dever, III
Chief United States District Judge